___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 9, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: MISSISSIPPI PHOSPHATES CORPORATION | CASE NO. 14-51667-KMS |
| DEBTOR | CHAPTER 11 |
| MISSISSIPPI PHOSPHATES CORPORATION LIQUIDATING TRUST (MPCLT), EDWIN N. ORDWAY JR., Managing Director, BERKLEY RESEARCH GROUP LLC, in his capacity as MPCLT TRUSTEE OF THE MPCLT TRUST | PLAINTIFF |
| V. | ADV. NO. 16-06052-KMS |
| ENVIRONMENTAL ACID SOLUTIONS LLC | DEFENDANT |

### FINAL JUDGMENT

Consistent with the Order Granting Motion for Summary Judgment (ECF No. 58) entered on May 9, 2018,

**IT IS HEREBY ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff Mississippi Phosphates Corporation Liquidating Trust (MPCLT), Edwin N. Ordway Jr., Managing Director, Berkley Research Group LLC, in his capacity as MPCLT Trustee of the

2

MPCLT Trust, against Defendant Environmental Acid Solutions LLC in the amount of $266,000.00, plus interest at the legal rate from this date, together with costs.

## *END OF JUDGMENT* ##